1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9                        IN THE UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:15-CR-00253 LJO

13              Plaintiff,                STIPULATION TO CONTINUE SENTENCING

14       v.

15  MATTHEW LAMB,

16              Defendant.

17

18       IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney

19  and Kimberly A. Sanchez, Assistant U.S. Attorney and Galatea DeLapp, attorney for the defendant, that the

20  sentencing and disposition set for June 27, 2016 at 8:30 am before the Honorable Lawrence J. O'Neill be

21  continued to August 1, 2016, at 8:30 a.m.  The undersigned AUSA will be out of the office on June 27, 2016

22  as it falls within a pre-planned vacation.  Additionally, the defendant requested further investigation on a

23  sentencing matter, and the government needs additional time to complete that.

24       ///

25       ///

26       ///

27       ///

28       ///

     Stipulation                          1

Dated: June 20, 2016				Respectfully submitted,

						PHILLIP A. TALBERT
						Acting United States Attorney

					By	/s/ Kimberly A. Sanchez
						KIMBERLY A. SANCHEZ
						Assistant U.S. Attorney

Dated: June 20, 2016				/s/ Galatea DeLapp
						GALATEA DeLAPP
						Attorney for Defendant

IT IS SO ORDERED.

Dated:   **June 20, 2016**			     **/s/ Lawrence J. O'Neill**
						UNITED STATES CHIEF DISTRICT JUDGE

Stipulation					2