# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>MATTHEW LAMB,<br><br>    Defendant. | Case No. 1:15-CR-00263-LJO-SKO<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br><br>ECF No. 27 |

The Court is in receipt of Defendant Matthew Lamb's *pro se* request for counsel to assist him in the filing of a motion pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion"). *See* ECF No. 27. In his request, Petitioner raises issues relating to *Johnson v. United States*, 135 S. Ct. 2551 (2015). *See* ECF No. 27. To efficiently process petitions under *Johnson*, and following Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

  **IT IS HEREBY ORDERED** that the FDO shall have until **April 4, 2017** to file a § 2255 motion on Petitioner's behalf **or** notify the Court that it seeks withdrawal as counsel in this matter. Upon the FDO's filing, the Court will determine whether it is appropriate to issue an order setting a further briefing schedule. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

 Dated:  **March 3, 2017**       **/s/ Lawrence J. O'Neill**
                 UNITED STATES CHIEF DISTRICT JUDGE