UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW LAMB,<br><br>          Defendant. | 1:15-CR-00263-LJO-SKO-1<br><br>**ORDER RE MARCH 16, 2017 LETTER**<br>**(Doc. 29)** |

     Defendant Matthew Lamb is a federal prisoner serving a 62-month sentence based upon his plea of guilty in March 2016 to one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). ECF No. 26 (Judgment filed Aug. 5, 2016). On February 27, 2017, Defendant filed a letter with the Court requesting assistance with the filing of "a 2255 under the Johnson case." ECF No. 27. On March 6, 2017, construing Defendant's February 27 letter as a request for counsel and pursuant to Eastern District of California General Order 563, the Court appointed the Federal Defender's Office ("FDO") to represent Defendant and ordered the FDO either to file a motion pursuant to 28 U.S.C. § 2255 ("§ 2255 motion") on Defendant's behalf or notify the Court that it seeks withdrawal as counsel. ECF No. 28.

     On March 16, 2017, the Court received another letter from Defendant that appears to be directed to the FDO or to the Panel attorney who represented Defendant at the time of his indictment and plea, as it states in the first paragraph: "I was represented by your office in 2015." ECF No. 29.

The next day, March 17, 2017, the Court received notice from the FDO that it would not be filing a § 2255 motion on Defendant's behalf and was withdrawing as counsel for Defendant. ECF No. 30. The FDO's notice was served on Defendant. *Id.*

Because the FDO was still counsel of record for Defendant when Defendant's March 16, 2017, letter was filed with the Court, the FDO would have had notice of that letter. In light of the fact that the March 16, 2017 letter does not request anything of the Court, the Court will take no further action on it.

As there are no pending motions or deadlines in this case, the case remains CLOSED.

IT IS SO ORDERED.

Dated:  **April 6, 2017**                     /s/ Lawrence J. O'Neill
                                            UNITED STATES CHIEF DISTRICT JUDGE