1  HEATHER E. WILLIAMS, CA BAR #122664
   Federal Defender
2  PEGGY SASSO, CA BAR #228906
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorney for Defendant
   MATTHEW LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00263-NONE |
|---|---|
| *Plaintiff,* | |
| vs. | MOTION FOR RELEASE; DECLARATION OF COUNSEL WITH EXHIBIT; ORDER FOR RELEASE |
| MATTHEW LAMB, | |
| *Defendant.* | |

For the reasons set forth in the attached declaration, it is respectfully requested by U.S. Probation through undersigned counsel that this Court issue a time specific release order for Matthew Lamb who is scheduled to complete his sentence at the Federal Bureau of Prisons on April 16, 2020.

The reason for this request is that Matthew Lamb will complete his Federal Bureau of Prisons sentence at Santa Rita County Jail in San Francisco, and Mr. Lamb needs to be returned to Fresno.  Mr. Lamb is indigent and unable to provide his own transportation.  Accordingly, U.S. Probation intends to purchase an Amtrak ticket for him.  In order to ensure that Matthew Lamb is able to make the train as arranged by Probation, he must be released no later than 10:00 a.m. on April 16, 2020.  Because Probation has been informed that Mr. Lamb's release time cannot be ensured without a court order, it is respectfully requested that this Court so order Mr. Lamb's release from Santa Rita Jail no later than 10:00 a.m. on April 16, 2020.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: April 9, 2020      By:   */s/ Peggy Sasso*
                                Peggy Sasso
                                Assistant Federal Defender
                                Attorney for Defendant
                                Matthew Lamb

# DECLARATION

I, Peggy Sasso, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the United States Federal Court for the Eastern District of California. I am an assistant federal defender and have been employed by the Federal Defender's Office since April 28, 2009.

2. On April 1, 2016 this Court sentenced Matthew Lamb to 62 months in custody followed by 36 months of supervision.

3. Pursuant to the Federal Bureau of Prisons' website, Matthew Lamb is scheduled to complete his sentence on April 16, 2020. A printout of the website is attached as **Exhibit A**.

4. Matthew Lamb is serving the reminder of his sentence at Santa Rita County Jail, and it is expected that he will be released from there on April 16, 2020.

5. Probation had attempted to make arrangements for Mr. Lamb to be released to a halfway house in San Francisco due to work opportunities. Placement at the halfway house, however, is not possible at this time and Probation has made arrangements for Mr. Lamb to return to Fresno.

6. Mr. Lamb is indigent and does not have the resources to travel to Fresno upon his release, accordingly Probation plans to arrange an Amtrak ticket for him through Second Chance Act Funds. The Amtrak train leaves at 1:10 p.m., and Mr. Lamb will have to allow time to get from the jail to the train station.

7. Probation has been informed by the USM Operations Supervisor in San Francisco that he cannot ensure that Mr. Lamb will be released in time to make the Amtrak train that Probation will be arranging without a court order specifying a release time. The USM Operations Supervisor therefore advised Probation to obtain a release order for 10:00 a.m. on April 16, 2020.

8. On April 8, 2020, Probation Officer Wright sent the undersigned an email requesting counsel file a proposed order with a release time of 10:00 a.m. on April 16, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of April 2020, in Clovis, California

                                                  */s/ Peggy Sasso*
                                                  PEGGY SASSO
                                                  Assistant Federal Defender

**ORDER**

IT IS HEREBY ORDERED that defendant Matthew Lamb (Matthew Lamb: Alameda County Sheriff's Person File Number: UMD017) shall be released on Thursday April 16, 2020 by 10:00 a.m. from the Santa Rita Jail in Alameda County in order to facilitate Mr. Lamb's transportation to Fresno, California as arranged by U.S. Probation.

IT IS SO ORDERED.

Dated: **April 9, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

Matthew Lamb – [Proposed] Release Order

5