IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　v.<br>MATTHEW LAMB,<br>　　　　　　Defendant. | Case No.:  1:15-CR-00268-001 DAD<br>ORDER OF RELEASE |

The above-named defendant was sentenced by the court on November 6, 2020, to the custody of the U.S. Bureau of Prisons for a term of credit for time served as of Monday, November 9, 2020,

IT IS HEREBY ORDERED that the defendant shall be released on Monday, November 9, 2020 at 8:00 a.m. for transportation directly to Westcare Drug Treatment Program located in Fresno, California for a period of up to 90 days and up to an additional ten days for substance abuse detoxification services if deemed necessary.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **November 6, 2020**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE